IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | | |
| v. | § § | CRIMINAL NO. 4:08-CR-795-01 |
| MISAO HIOKI, | § § § | |
| Defendant. | § | |

## SATISFACTION OF JUDGMENT

The Judgment in the above-entitled cause has been paid or settled through compromise.

It is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court in the cause and that **MISAO HIOKI**, be discharged of the monetary liability imposed by the Court.

                Respectfully submitted,

                JOSE ANGEL MORENO
                UNITED STATES ATTORNEY

            By: /s/ *Eleanor Robinson Gaither*
                Eleanor Robinson Gaither
                Assistant United States Attorney
                Chief, Financial Litigation Unit
                Fed ID No. 2972
                Texas State Bar No. 17089500
                Post Office Box 61129
                Houston, Texas 77208
                Telephone: (713) 567-9533
                Fax: (713) 718-3405

DATED: June 18, 2010

## CERTIFICATE OF SERVICE

This will certify that the attached instrument was served on June 18, 2010, via first class mail to:

Hilder & Associates, P.C.
Attorneys At Law
819 Lovett Boulevard
Houston, Texas 77006-3905

                                        /s/ *Eleanor Robinson Gaither*
                                        Eleanor Robinson Gaither
                                        Assistant United States Attorney